No. 93–30.  HAMMOND ET AL. *v.* AIR LINE PILOTS ASSN., INTERNATIONAL, ET AL.  C. A. 7th Cir.  Certiorari denied.  ■

No. 93–31.  WEST *v.* BUFFALO CENTER-RAKE SCHOOL DISTRICT, BY ITS BOARD OF DIRECTORS.  Ct. App. Iowa.  Certiorari denied.

No. 93–32.  PHELPS *v.* YALE SECURITY, INC.  C. A. 6th Cir.  Certiorari denied.

No. 93–33.  ALVAREZ-AGUIRRE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–35.  HERRING *v.* M/A COM, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 93–36.  DAVIS *v.* ALEXANDER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–37.  DIMMIG *v.* WAHL, SHERIFF, LASALLE COUNTY, ILLINOIS.  C. A. 7th Cir.  Certiorari denied.

No. 93–39.  NATIONAL CAR RENTAL SYSTEM, INC. *v.* COMPUTER ASSOCIATES INTERNATIONAL, INC.  C. A. 8th Cir.  Certiorari denied.

No. 93–40.  SCINTO *v.* STAMM ET AL.  Sup. Ct. Conn.  Certiorari denied.

No. 93–41.  HOFFNER *v.* ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 93–42.  MITCHELL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 93–43.  ILLINOIS CENTRAL RAILROAD *v.* MARTIN, SPECIAL ADMINISTRATOR OF THE ESTATE OF MARTIN, DECEASED.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 93–46.  MARTIN *v.* SHEARSON LEHMAN HUTTON, INC.  C. A. 8th Cir.  Certiorari denied.